**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SANDY FRAGNITO, on behalf of L.F.,

                Plaintiff,                        19 **CIVIL** 1598 (CS)

     -against-                              **JUDGMENT**

BOARD OF EDUCATION OF THE SUFFERN
CENTRAL SCHOOL DISTRICT, f/k/a RAMAPO
CENTRAL SCHOOL DISTRICT,
                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 21, 2020, Defendant's motion is GRANTED. Defendant is entitled to summary judgment on Plaintiff's first three claims, and her fourth claim is dismissed as moot.

**Dated:**  New York, New York
           July 22, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                **Clerk of Court**
                          **BY:**          *K. Mango*
                                                _____
                                                **Deputy Clerk**